**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE PACIFIC FERTILITY CENTER LITIGATION<br><br>This document relates to:<br><br>Case No. 4:20-cv-08641-DMR (P.J. and R.J) | Case No. 3:18-cv-01586-JSC<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED |

On December 9, 2020, Plaintiffs filed an Administrative Motion to Consider Whether Case Should be Related pursuant to Local Rule 3-12. The Court, having considered the papers and pleadings on file, and good cause appearing, HEREBY GRANTS the motion.

IT IS ORDERED THAT *P.J. et al. v. Chart Inc.*, Case No. 4:20-cv-08641-DMR, is related to *In Re Pacific Fertility Center Litigation*, Case No. 3:18-cv-01586-JSC, and subject to the Court's Order Re: Proposed Consolidation Order entered in *In Re Pacific Fertility Center Litigation* on September 15, 2020.

**IT IS SO ORDERED.**

Dated: December 10, 2020

HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE